# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHAWN PINO,

    Plaintiff,

v.

WELLS FARGO BANK, et al.,

    Defendants.

Case No. 2:10-CV-00575-KJD-LRL

**ORDER**

    On December 9, 2010, Magistrate Judge Lawrence R. Leavitt issued a Minute Order (#42) noting that Plaintiff has failed to file responsive pleadings and/or to make an appearance in this action since the Court granted Counsel for Plaintiff's Motion to Withdraw (see #37), on October 25, 2010.  The Magistrate Judge's Order stated that the record in this action suggests that Plaintiff has abandoned his lawsuit, and extended a "final opportunity" to Plaintiff in which to file a responsive pleading.  Plaintiff was ordered to file a status memorandum on or before December 29, 2010, explaining why he has not responded to the pending Motion to Compel (#39), and to "indicate whether he is prepared to pursue this case, with or without new counsel." (#42). Additionally, Plaintiff was admonished that failure to respond to the Court's Order would result in dismissal of his case with prejudice.  (Id.)  To date, Plaintiff has failed to comply with the Magistrate Judge's Order.

    Accordingly, good cause appearing, **IT IS HEREBY ORDERED** that this action is **DISMISSED**, with prejudice.  Judgment to be entered on behalf of Defendants.

    DATED this 6th day of January, 2011.

_____
Kent J. Dawson
United States District Judge