Cynthia L. Alexander, Esq.
Nevada Bar No 6718
Danielle M. Mathey, Esq.
Nevada Bar 12037
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
Telephone 702.784.5281
Fax: 702.784.5252
Email: calexander@swlaw.com

*Attorneys for Defendants Wells Fargo Bank, N.A., also incorrectly named as America's Servicing Company; and Mortgage Electronic Registration Systems, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN PINO, f/k/a SHAWN DE LA PAZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, a Foreign Corporation; T.D. SERVICE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Foreign Corporation; AMERICA'S SERVICING COMPANY, a Foreign Corporation; NATIONAL DEFAULT SERVICING CORPORATION; DOES 1 through 10; and ROE CORPORATIONS 1 through 10;,<br><br>Defendant. | CASE 2:10-cv-0575-KJD-LRL<br><br>**PROPOSED AMENDED ORDER GRANTING WELLS FARGO BANK, N.A. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTION TO DISMISS AND RELEASE OF LIS PENDENS** |

Defendant's Wells Fargo Bank, N.A. ("Wells Fargo"), also incorrectly named as America's Servicing Company, and Mortgage Electronic Registration Systems, Inc. ("MERS"), through its counsel file this proposed Order Granting Wells Fargo and MERS's Motion to Dismiss Plaintiff's Complaint ("Motion") (Docket #5) and release of Lis Pendens. This court issued an Order dated January 6, 2011, dismissing the action with prejudice.

12418289.1

1  This Amended Order is filed in order to clarify and assist with the release of lis pendens
2  on the subject property.

3  WHEREAS the Court, having duly considered the Motion and all pleadings and papers
4  on file herein, and good cause appearing;

5  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss,
6  Plaintiff's Complaint filed by Defendants Wells Fargo and MERS is **GRANTED.**

7  IT IS FURTHER ORDERED that the Notice of Pendency of Action recorded by Plaintiff
8  against the real property described as 4812 Ashbrook Place, Las Vegas, Nevada APN # 163-22-
9  810-112, and recorded with the Clark County Recorder on May 12, 2010 in Book Number
10 20100512, Instr. No. 002270 is hereby expunged and **RELEASED IN FULL.**

DATED this 17th day of January, 2011.

_____
DISTRICT COURT JUDGE

SUBMITTED BY:

SNELL & WILMER L.L.P.

By: _____
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Danielle M. Mathey, Esq.
Nevada Bar No. 12037
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Defendants Wells Fargo Bank, N.A., also incorrectly named as America's Servicing Company; and Mortgage Electronic Registration Systems, Inc.*

12418289.1

- 2 -